IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 16-00150-01-CR-W-DGK |
| | ) | |
| MICHAEL RYAN NEVATT, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On March 30, 2016, a Criminal Complaint was filed against defendant Michael R. Nevatt.  On April 21, 2016, the Grand Jury returned a one-count Indictment against defendant Michael R. Nevatt and five other individuals.  On November 17, 2016, the Grand Jury returned a seven-count Superseding Indictment against defendant Michael Nevatt and fourteen other individuals.  In Count One of the Superseding Indictment, defendant Michael Nevatt is charged with conspiracy to distribute 500 grams and more of methamphetamine.  In Count Two, defendant Michael Nevatt is charged with conspiracy to carry, use and possess various firearms in furtherance of the conspiracy to distribute methamphetamine charged in Count One.  In Count Three, defendant Michael Nevatt is charged with possession of firearms in furtherance of a drug trafficking crime.  In Count Four, defendant Michael Nevatt is charged with conspiracy to commit money laundering.  Counts Five and Six charge defendant Michael Nevatt with engaging in monetary transactions in property derived from specified unlawful activity.  Count Seven charges defendant Michael Nevatt with laundering of monetary instruments.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
> Government:  Bruce Rhoades and Ashleigh Ragner
> Case Agent:  No case agent will be seated at the counsel table
> Defense:      John O'Connor for Michael Nevatt

**OUTSTANDING MOTIONS**:
> A Report and Recommendation, doc. # 445, was issued on March 8, 2018, recommending  that the district court deny defendant's Motion to Suppress Evidence and Statements, doc. # 351.

**TRIAL WITNESSES**:
> Government: 25-28 with stipulations; 36 without stipulations
> Defendants:  6 witnesses; defendant may testify

**TRIAL EXHIBITS**
    Government:  51 exhibits (6-8 of the exhibits have subparts)
    Defendant:   6 exhibits for defendant

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME:  4-4 ½  days**
     Government's case including jury selection:  3 ½ days
     Defense case:  ½  day

**STIPULATIONS**:  The parties expect to stipulate to various business records.

**UNUSUAL QUESTIONS OF LAW:  None**

**FILING DEADLINES:**

    **Witness and Exhibit List**
     Government:  filed 3/2/2018
     Defense: filed on 3/8/2018

     **Counsel are requested to list witnesses in alphabetical order on their witness list.**

     **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday, March 21, 2018.**
     **Please Note**: Jury instructions must comply with Local Rule 51.1

     **Motion in Limine: None planned by either counsel**

**TRIAL SETTING**: Criminal jury trial docket set for March 26, 2018.

     **Please note: Due to witness availability issues, government counsel is requesting the second week of the March 26, 2018 Joint Criminal Jury Trial Docket.  Defendant agrees with this request.**


**IT IS SO ORDERED.**


                                                    */s/ Sarah W. Hays*
                                                    SARAH W. HAYS
                                        UNITED STATES MAGISTRATE JUDGE