# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:16-CR-00150-01-DGK |
| MICHAEL RYAN NEVATT, | ) ) ) | |
| Defendant. | ) | |

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS

Pending before the Court are Defendant's Motion to Suppress Evidence and Statements (Doc. 351), the Government's Response in Opposition (Doc. 381), United States Magistrate Judge Sarah W. Hays's Report and Recommendation (Doc. 445), and Defendant's Objections (Doc. 467).

After reviewing the report and conducting an independent review of the applicable law and record, *see* L.R. 74.1(a)(3), the Court agrees with Judge Hays that the stop of Defendant's motorcycle was lawful. The Court also agrees that the officers had probable cause to search the motorcycle after deciding to tow it.

Accordingly, the Court ADOPTS the Report and Recommendation (Doc. 445) and DENIES Defendant's Motion to Suppress (Doc. 351).

**IT IS SO ORDERED.**

Date: March 27, 2018  /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT